**ORIGINAL**

cc: φ

1983 FORM Rev. 01/2008

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 28 2022

at ___ o'clock and CO min. P_M
CLERK, U.S. DISTRICT COURT
filed copy mailed
3/29/22   LS

Timothy Tabaoda Reg. No. 04609-122
Name and Prisoner/Booking Number

FDC Honolulu
Place of Confinement

P.O. Box 30080
Mailing Address

Honolulu, Hawaii 98620
City, State, Zip Code

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

Timothy Tabaoda

(Full Name of Plaintiff)

vs.

Estela Derr

Shawn Tabor

(Full Names of Defendants; DO NOT USE *et al.*)

Case No. CV22 00125 LEK RT

(To be supplied by the Clerk)

### PRISONER CIVIL RIGHTS COMPLAINT

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. Jurisdiction is invoked pursuant to:

   a. ☐ 28 U.S.C. § 1343(a)(3) ; 42 U.S.C. § 1983
   b. ☒ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971)
   c. ☐ Other: (Please Specify) _____

2. Plaintiff: _____ Timothy Tabaoda _____

   Institution/city where violation occurred: _____ FDC Honolulu _____

3. First Defendant *: _____ Estela Derr _____

This defendant is a citizen of (state and county) _____ Hawaii _____ Oahu _____,
and is employed as:

_____ Warden _____ at _____ FDC Honolulu _____.
(Position and Title)        (Institution)

This defendant is sued in his/her _X_ individual _X_ official capacity (check one or both). Explain how

1


Received By Mail
Date MAR 2 8 2022

1983 FORM  Rev. 01/2008

this defendant was acting under color of law:

The Defendant is the Warden of FDC Honolulu and ultimately responsible

for all incidents at the facility.

4.  Second Defendant: Shawn  Tabor

This defendant is a citizen of (state and county)  Hawaii
Oahu                              , and is employed as:

Lieutenant                        at    FDC Honolulu
(Position and Title)                       (Institution)

This defendant is sued in his/her X individual X official capacity (check one or both).  Explain how
this defendant was acting under color of law:

The Defendant was responsible for sending the Plaintiff to the hole

(SHU) on incident report number 3596380 (see attached "A")

5.  Third Defendant: _____

This defendant is a citizen of (state and county) _____
_____, and is employed as:

_____ at _____
(Position and Title)                       (Institution)

This defendant is sued in his/her ___ individual ___ official capacity (check one or both).  Explain how
this defendant was acting under color of law:

_____

_____
(If you would like to name additional defendants, make a copy of this (blank) page and provide the necessary information.)

*       A defendant may be named in an individual or official capacity, or both.  To sue a defendant in their **individual
capacity**, you must be able to state facts showing that the defendant was underlined actually involved in violating your rights.  A suit
against a defendant in their **official capacity** is in reality a suit against the underlined office or position the defendant holds.  Only
injunctive relief is available in an official capacity suit against a state official.  This is because the **Eleventh Amendment**
confers immunity upon the state or its officials against monetary damages resulting from federal court litigation.

        "Color of law" refers to whether the person is a private party or an employee, official, or agent of a state, county,
city, or the federal government.  There can be no civil rights action under § 1983 unless the defendant was "acting under color
of law."  After the color of law requirement is met, then it must be determined in which capacity the defendant is being sued.

1983 FORM  Rev. 01/2008

## B.  PREVIOUS LAWSUITS

1.  Have you brought any other lawsuits while a prisoner:      ☐ Yes      ☒ No

2.  If your answer is yes, how many?: _____ Describe the lawsuit in the spaces below.

3.  First previous lawsuit:

    a.   Plaintiff _____

         Defendants _____

    b.   Court and Case Number (if federal court, identify the district; if state court, identify the county):

         _____

    c.   Claims raised: _____

    d.   Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)

         _____

    e.   Approximate date of filing lawsuit _____

    f.   Approximate date of disposition _____

4.  Second previous lawsuit:

    a.   Plaintiff _____

         Defendants _____

    b.   Court and Case Number (if federal court, identify the district; if state court, identify the county):

         _____

    c.   Claims raised: _____

    d.   Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)

         _____

    e.   Approximate date of filing lawsuit _____

    f.   Approximate date of disposition _____

1983 FORM  Rev. 01/2008

5.  Third previous lawsuit:

   a.   Plaintiff _____

        Defendants _____

   b.   Court and Case Number (if federal court, identify the district; if state sourt, identify the county):

        _____

   c.   Claims raised: _____

   d.   Disposition  (For example: Was the case dismissed? Was it appealed? Is it still pending?)

        _____

   e.   Approximate date of filing lawsuit _____

   f.   Approximate date of disposition _____

(If you have filed more than three lawsuits, make a copy of this (blank) page and provide the necessary information.)

6.    Have you filed any actions in federal court that were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted? ___Yes ___No.

      **If you have had three or more previous federal actions dismissed for any of the reasons stated above, you may not bring another civil action in forma pauperis unless you are under imminent danger of serious physical injury.  See 28 U.S.C. §  1915(g).**

4

1983 FORM  Rev. 01/2008

## C.  CAUSE OF ACTION

### COUNT I

1.  The following constitutional or other federal civil right has been violated by the Defendant(s):
8th Amendment violation against cruel and unusual punishment.

2.  Count I involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)    ☐ Mail    ☐ Access to the court    ☐ Medical care
☒ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☒ Retaliation
☐ Excessive force by an officer    ☐ Threat to safety    ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count I, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

The Plaintiff received an incident report (number 3596380) on February 15, 2022 and was placed in the hole (SHU). The incident report states th the Plaintiff exhibited symptoms of an individual under the influence of an illicit substance. The Plaintiff consented to an immediate urine test which was negative. However, the Plaintiff was placed in the hole and the violations listed on the incident report were dismissed after the Plaintiff spent nearly a month in the hole. Defendant Tabar had knowledge within minutes of the test on February 15, 2022 that the Plaintiff was not under the influence of an illicit substance, but placed him in the hole regardless. Defendant Tabar then gave the Plainti

***CONTINUED***

4.    Injury: (State how you have been injured by Defendant(s)' actions or inactions.
Placement in disciplinary segregation without committing any offense. Retaliatory incident reports affect the Plaintiff's security points and can ultimately prevent him from being incarcerated in a "camp" facilty where he is designated.

5

COUNT ONE SUPPORTING FACTS CONTINUED

a lesser incident report for a 300 series "shot" that carried no
additional punishment. However, the 300 series shot affects the
Plaintiff's security level and jeoparizes his "camp" status.

It is the Plaintiff's belief that this incident was the direct
result of the retaliation and harassment of his co-defendant,
cell-mate and friend Jacob Smith. The Plaintiff feels that he
will continue to be harassed and retaliated against by Defendant's
Derr and Tabar.

1983 FORM  Rev. 01/2008

## COUNT II

1.      The following constitutional or other federal civil right has been violated by the Defendant(s):

_____

_____

2.   Count II involves: (Check **only one**; if your claim involves more than one issue, each issue should
     be stated in a different count)      ☐ Mail        ☐ Access to the court        ☐ Medical care
     ☐ Disciplinary proceedings      ☐ Property      ☐ Exercise of religion      ☐ Retaliation
     ☐ Excessive force by an officer      ☐ Threat to safety      ☐ Other:_____

3. **Supporting Facts:**(State as briefly as possible the FACTS supporting Count II, without citing legal
authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4.      Injury: (State how you have been injured by Defendant(s)' actions or inactions.

_____

_____

_____

6

1983 FORM  Rev. 01/2008

## COUNT III

1.      The following constitutional or other federal civil right has been violated by the Defendant(s):

_____

_____

2.   Count III involves: (Check **only one**; if your claim involves more than one issue, each issue should
     be stated in a different count)          ☐Mail          ☐ Access to the court          ☐Medical care
     ☐ Disciplinary proceedings          ☐Property          ☐ Exercise of religion          ☐Retaliation
     ☐ Excessive force by an officer          ☐Threat to safety          ☐Other:_____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count III, without citing legal
authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4.      Injury: (State how you have been injured by Defendant(s)' actions or inactions.

_____

_____

_____

(If you assert more than three Counts, make a copy of this (blank) page and provide the necessary information.)

1983 FORM Rev. 01/2008

## D.  REQUEST FOR RELIEF

State briefly exactly what you want the Court to do for you.  Make no legal arguments.  Cite no cases or statutes.

$5,000 for intentional infliction of emotional distress. The

Plaintiff also asks the Court for an Order of Protection against

both Defendants preventing them from harassing and retaliating

against the Plaintiff. The Plaintiff asks that the Court order

the Defendants to vacate the 300 series incident report that was

issued after the first incident report was dismissed.

 

 

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.  See 28 U.S.C. § 1746 and 18 U.S.C. §1621.

Signed this ___22___ day of ___March_____, __2022__
                                 (month)          (year)

_____
(Signature of Plaintiff)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If needed, you may attach no more than **fifteen (15) additional pages**.  Number these pages in relation to the final page number of the section that is being extended (i.e. additional defendants' pages should be numbered "2A, 2B, etc.," additional previous lawsuits' pages "4A, 4B, etc.," additional claims should be numbered "7A, 7B, etc." This form, however, must be completely filled in to the extent applicable.